

LAW OFFICE OF
JOSHUA D. KIRSHNER, PLLC

666 Old Country Road, Suite 501
Garden City, NY 11530

T: (212) 756-1277
jkirshner@jkirshnerlaw.com
www.jkirshnerlaw.com

November 18, 2022

VIA ECF
The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

/s/ George B. Daniels
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

NOV 21 2022

Re: United States v. Andres Caicedo, 21 Cr. 21-05 (GBD)

Dear Judge Daniels:

I represent Andres Caicedo in the above-captioned matter. I write to request a modification to his conditions of release. Specifically, we request that his home detention with electronic monitoring be replaced with a curfew (to be set by Pre-Trial Services) with electronic monitoring.

I have discussed this application with the Government and Pre-Trial Services and they do not object. Thank you for your consideration and attention to this matter.

Respectfully submitted,

/s/
Joshua D. Kirshner

cc: All parties (via ECF)