**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x

UNITED STATES OF AMERICA,

        -against-                           ORDER

ANDRES CAICEDO,                      21 Crim. 21-5 (GBD)

                          Defendant.
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

    The electronic monitoring condition to Defendant's bail is removed.

    The Clerk of Court is directed to close the open motion at ECF No. 102.

Dated: February 15, 2023
       New York, New York

                                        SO ORDERED.

                                        *George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge