UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

ANDRES CAICEDO,

                    Defendant.
------------------------------------------------------------- x

ORDER

S2 21 Crim. 21-5

GEORGE B. DANIELS, United States District Judge:

The C.J.A. attorney assigned to receive cases today, Leonardo M. Aldridge, is hereby ORDERED to assume representation of Defendant, and Joshua D. Kirshner is relieved as counsel for Defendant.

Dated: New York, New York
       December 7, 2023

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge