**LEONARDO M. ALDRIDGE**
Attorney-At-Law
20 Vesey St. Suite 400
New York, NY 10007

February 1, 2024

**BY ELECTRONIC FILING**

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl St. New York, NY 10007

**SO ORDERED**
The pretrial conference is adjourned to
February 21, 2024, at 11:00 a.m.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

FEB 0 2 2024

Re: U.S. v. Andres Caicedo, Cr. No. 21-021

Your Honor:

  I write to respectfully request, with no objection from the government, a second adjournment to the pre-trial conference currently scheduled for February 6. If the Court grants this second adjournment, Mr. Andres Caicedo, through undersigned counsel, would move the Court to exclude the time between February 6 and whenever the conference is re-scheduled, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The defense respectfully submits that the ends of justice served by the granting of the proposed exclusion outweigh the best interests of both the public and my client in a speedy trial, as the proposed exclusion will allow my client time to review discovery, and the parties time to discuss the possibility of pretrial resolution of this case.

  I was appointed to this case on December 7, 2023, under the provisions of the Criminal Justice Act. A pre-trial conference had been scheduled for January 23, 2024. In a letter to this Honorable Court dated January 12, I requested a first adjournment because of a calendar conflict. The Court, in an order from January 17, graciously endorsed this non-disputed adjournment and re-scheduled the conference for February 6. Now, I must once again seek the indulgence of the Court and the government in requesting a second adjournment because I had long ago scheduled a vacation with my wife and daughter from February 5-9, which conflicts with the February 6 conference.

1

I have conferred with the prosecutors representing the government and they do not object to this second adjournment provided I seek that the time be excluded from any Speedy Trial Act calculations, which I have done in the first paragraph of this letter motion. I respectfully suggest that, if the Court's calendar can accommodate it, the conference be re-scheduled for February 21 or any date thereafter.

Respectfully,

**_S/Leonardo M. Aldridge_**
Leonardo M. Aldridge

Cc. AUSAs Jonathan Bodansky and Adam Marguilles

2