UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ANDRES CAICEDO,

                        Defendant.

------------------------------------x

ORDER

(S2) 21 Crim. 21 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Having reviewed the Parties' proposed pretrial schedule, (ECF No. 164), the disclosure and filing deadlines are hereby scheduled as provided below. The Clerk of Court is directed to terminate the open motion at ECF No. 164.

| | |
|---|---|
| June 28, 2024: | Expert disclosures, if any; Rule 404(b) notice, if any; and the Parties' motions *in limine*. |
| July 12, 2024: | Parties' responses to motions *in limine*, if any. |
| July 15, 2024: | Rebuttal expert disclosures, if any. |
| July 18, 2024: | Final pretrial conference at 10:00 a.m.; Government's 3500 material. |
| July 22, 2024: | Proposed jury instructions; proposed verdict forms; proposed voir dire; and Parties' witness and exhibit lists. |
| July 29, 2024: | Trial. |
| At least two business days prior to the anticipated start of any defense case: | Defendant's Rule 26.2 material. |

Dated: June 3, 2024
     New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge