UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,

       -against-

                                   ORDER

ANDRES CAICEDO,
                               S3 21 Crim. 21-5

               Defendant.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

      The final pretrial conference scheduled for July 25, 2024 is hereby rescheduled to July 23, 2024 at 10:15 a.m.


Dated: New York, New York
       July 11, 2024

                                                SO ORDERED.

                                               *George B. Daniels*
                                               GEORGE B. DANIELS
                                               United States District Judge