**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

          -against-

ANDRES CAICEDO,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                                 <u>ORDER</u>

                                                 S3 21 Crim. 21-5

GEORGE B. DANIELS, United States District Judge:

A change of plea hearing is hereby scheduled for July 22, 2024 at 10:00 a.m.

Dated: New York, New York
      July 18, 2024

                                   SO ORDERED.

                                   *George B. Daniels*

                                   GEORGE B. DANIELS
                                   United States District Judge