**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                      :

        -against-                                      :

                                   :                    ORDER

ANDRES CAICEDO,                                :

                                   :                    S3 21 Crim. 21-5

                Defendant.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

        Given Defendant's enter of a guilty plea today, the parties' motions *in limine* are moot.

The Clerk of Court is directed to close the open motions at ECF Nos. 177, 178, 179, and 182.

Dated: New York, New York
       July 22, 2024

                                  SO ORDERED.

                                  *George B. Daniels*

                                  GEORGE B. DANIELS
                                  United States District Judge