UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

ANDRES CAICEDO,

               Defendant.

------------------------------------x

ORDER

21 Cr. 21-5 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Defendant is hereby remanded to the custody of the Bureau of Prisons to begin serving his sentence of 48 months imprisonment which was imposed on November 19, 2024.

Dated: New York, New York
       March 24, 2025

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge