**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 25, 2025

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED:**

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: APR 29 2025

Re:   *United States v. Andres Caicedo*, **S3 21 Cr. 21 (GBD)**

Dear Judge Daniels:

The Government respectfully writes to request a 30-day adjournment of its deadline to respond to defendant Andres Caicedo's motion under 28 U.S.C. 2255 (ECF No. 227), currently set for April 28, 2025.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: */s/ Jonathan L. Bodansky*
Jonathan L. Bodansky
Adam Z. Margulies
Assistant United States Attorneys
(212) 637- 2385 / 2345

Case 1:21-cr-00021-GBD   Document 236   Filed 04/29/25   Page 2 of 2