UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,

-against-

ANDRES CAICEDO,
                Defendant.

------------------------------------ x

ORDER

21 Crim. 21 (GBD)

GEORGE B. DANIELS, United States District Judge:

On July 2, 2024, the Government filed a request to adjourn certain upcoming pre-trial filing deadlines (ECF No. 174.) On the same day, this Court granted the Government's request (ECF No. 175.)

The Clerk of Court is directed to close the open motion at ECF No. 174.

Dated: May 15, 2025
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge