UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,

    -against-

ANDRES CAICEDO,

                      Defendant.

------------------------------------ x

ORDER

21 Crim. 21 (GBD)

GEORGE B. DANIELS, United States District Judge:

On February 12, 2025, Defendant filed a motion to vacate his sentence under 28 U.S.C. § 2255 (ECF No. 227.) The Clerk of Court is directed to reopen the case for the pendency of Defendant's motion.

Dated: May 15, 2025
       New York, New York

SO ORDERED.

*George B Daniels* (signature)

GEORGE B. DANIELS
United States District Judge