UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,                :

    -against-                                             :                    ORDER

ANDRES CAICEDO,                              :                    21 CR 21 (GBD)

                        Defendant.            :
------------------------------------x
ANDRES CAICEDO,                              :
                        Petitioner,           :

    - against-                                            :                    25 Civ. 1271 (GBD)

UNITED STATES OF AMERICA,                :

                        Respondent.        :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

On May 28, 2025, this Court ordered defendant Andres Caicedo to execute and return an Attorney-Client Privilege Waiver (Informed Consent) form. (ECF No. 241, at 2.) This Court's order explicitly stated that "[i]f the document [was] not received by the Court within 30 days from the date of [the] order, the Court will deny the ineffective assistance of counsel claims in the defendant's §2255 motion." (*Id.*) Because defendant failed to return the document within 30 days, the defendant's motion (ECF No. 227) is DENIED without prejudice to refile the motion at some future date. The Clerk of Court is directed to close the motion accordingly.

Dated: September 23, 2025
       New York, New York

                                          SO ORDERED.

                                          GEORGE B. DANIELS
                                          United States District Judge